DYKE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Almon Dyke against Charles Smith. No opinion. Order affirmed, with $10 costs and disbursements.

---

DYKMAN et al., Appellants, v. UNITED STATES LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by William N. Dykman and the Brooklyn Trust Company, as executors, etc., against the United States Life Insurance Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

---

In re EARLY. (Supreme Court, Appellate Division, First Department. June 19, 1903.) In the matter of Comenus J. Early. No opinion. Order affirmed, with $10 costs and disbursements.

---

EDGERTON, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Lucinda Edgerton against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

---

EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Respondent, v. LOGAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by the Edison Electric Illuminating Company of Brooklyn against James A. Logan. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

EELLS, Respondent, v. DUMARY, Appellant. (Supreme Court, Appellate Division, Third Department. May 23, 1903.) Action by Howard P. Eells, as receiver of the Eastern Paving Brick Company, against T. Henry Dumary. No opinion. Motion denied.

---

ERIE R. CO. v. STEWART et al. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by the Erie Railroad Company against Mary Anne Stewart and others. No opinion. Motion to confirm referee's report granted, with $10 costs, in all respects, except as to the item of $100, expert fee, which item is disallowed. Form of order to be settled before HOOKER, J., before the 19th inst.

---

FAREWELL, Respondent, v. WITZEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Charles Farewell against John Witzel, impleaded, etc. E. W. S. Johnston, for appellant. H. C. Quinby, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

FECHTELER et al., Respondents, v. MUTH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by Frank Fechteler and others against Edward A. Muth and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

FENNER, Appellant, v. PECK, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Milton M. Fenner against Harrison Peck.

PER CURIAM. Judgment of County Court reversed, and that of the justice's court affirmed, with costs. Held, that the proof of the parol contract was properly excluded by the justice of the peace.

---

FILLMORE BOTTLING WORKS, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by the Fillmore Bottling Works against Peter J. Miller.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS and HISCOCK, JJ., dissent.

---

FINNERTY, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Annie Finnerty against Joseph Walker. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

FISK, Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1903.) Action by Jane M. Fisk against May C. G. Ford. No opinion. Judgment affirmed, with costs.

---

FITZPATRICK, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Philip Fitzpatrick against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with costs.

---

FLEER et al. v. CODY et al. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by George Fleer and another against James A. Cody and others. No opinion. Judgment reversed, and new trial granted, costs to abide the final award of costs, on the authority of Vollkommer v. Cody (decided herewith) 82 N. Y. Supp. 969.

---

FLEMING v. BROWN. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by John Fleming against Charles A. Brown. No opinion. Motion denied.